# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **TERRY MACK,** § | |
| Plaintiff, § | |
| § | |
| v. § | **Civil Action No. 3:22-cv-00210-MPM-JMV** |
| § | |
| **KILOLO KIJAKAZI,** § | |
| **Acting Commissioner of Social Security,** § | |
| Defendant, § | |

## ORDER GRANTING MOTION TO REMAND

Having Considered the Defendant's Unopposed Motion for Remand [19], IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**SO ORDERED** this 18th day of April, 2023.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE